

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00019-CV

| | | |
|---|---|---|
| Patrick Evans | § | From Criminal District Court No. 2 |
| | § | of Tarrant County (0989458D) |
| v. | § | April 23, 2015 |
| The State of Texas | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM